Seneca Petroleum Company, plaintiff in error, v. H. A. Reschke, defendant in error. Gen. No. 7,838.

Opinion filed June 27, 1928. Rehearing denied January 28, 1929.

Connelly, Weld, Walker, Searle & Crampton for plaintiff in error.

Bartlett S. Gray, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.

Board of Education of District No. 42, Rock Island County, State of Illinois, otherwise known as Cordova Community High School District No. 42, appellant, v. Non-High School District of Whiteside County, State of Illinois, appellee. Gen. No. 7,841.

Opinion filed June 27, 1928. Rehearing denied January 28, 1929.

A. M. Blodgett for appellant. Carl E. Sheldon, for appellee.

Mr. Justice Jett delivered the opinion of the court.

S. B. Geiger, appellee, v. City of Rockford, appellant. Gen. No. 7,892.

Opinion filed July 24, 1928. Rehearing denied and opinion modified March 12, 1929.

Stanton E. Hyer and Carl A. Swenson, for appellant. Early & Early, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Nunzio di Lorenzo, appellee, v. The Texas Company, appellant. Gen. No. 7,816.

Opinion filed August 8, 1928. Rehearing denied January 28, 1929.

Garnsey, Wood & Lennon and Winston, Strawn & Shaw, for appellant; E. C. Hall, of counsel. Snapp, Heise & Snapp, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.